AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) | Case No. **2:21-MJ-03921** |
| | ) | |
| Four United States Postal Service Priority Mail Express parcels currently in the custody of the United States Postal Inspection Service, as described more fully in Attachment A | ) | |
| | ) | |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

> See Attachment A

located in the Central District of California, there is now concealed *(identify the person or describe the property to be seized)*:

> See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☒ evidence of a crime;

☒ contraband, fruits of crime, or other items illegally possessed;

☒ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1), 846, 843(b) | Distribution and possession with intent to distribute controlled substance; Conspiracy to distribute and possess with intent to distribute a controlled substance; unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance |

The application is based on these facts:

> See attached Affidavit

☒ Continued on the attached sheet.

☐ Delayed notice of_____days *(give exact ending date if more than 30 days*:_____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Wilford Claiborne*
_____
*Applicant's signature*

Wilford Claiborne, U.S. Postal Inspector
_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: _____

_____
*Judge's signature*

City and state: <u>Los Angeles, CA</u>

Hon. Pedro V. Castillo, U.S. Magistrate Judge
_____
*Printed name and title*

AUSA: Maria Elena Stiteler (x6148)

## ATTACHMENT A

PARCELS TO BE SEARCHED

1.   The following United States Postal Service ("USPS") Priority Mail Express parcels seized on August 19, 2021, from the USPS International Service Center and currently in the custody of the United States Postal Inspection Service:

a.   SUBJECT PARCEL 1 is a USPS Priority Express Mail parcel bearing tracking label number EJ635587693US, weighing approximately 8 pounds 6.4 ounces.  The return address for SUBJECT PARCEL 1 is "Helen Galaviz 1268 S fetterly AVE L.A. CA 90022." The recipient address listed for SUBJECT PARCEL 1 is "J. Hawkinson 12732 Cedar fall Drive Huntersville n.c. 28078."

b.   SUBJECT PARCEL 2 is a USPS Priority Express Mail parcel bearing tracking label number EJ945670800US, weighing approximately 3 pounds 6.7 ounces.  The return address listed for SUBJECT PARCEL 2 is "Cody Paul 117 N Serrano Ave Los Angeles, CA 90004." The recipient address for SUBJECT PARCEL 2 is "John Allen 2457 Tattersall Dr Harvey, LA 70058."

c.   SUBJECT PARCEL 3 is a USPS Priority Express Mail parcel bearing tracking label number EJ667421117US, weighing approximately 6 pounds 5 ounces.  The return address for SUBJECT PARCEL 3 is "Cedric Grisby 4664 W 3rd st Los Angeles, CA 90020 United States."  The recipient address listed for SUBJECT PARCEL 3 is "Mark Jones 2002 Monte Carlo lane Killeen, TX APT #B 76543."

d.   SUBJECT PARCEL 4 is a USPS Priority Express Mail parcel bearing tracking label number EK951363220US, weighing

i

approximately 4 pounds 10 ounces.  The return address for SUBJECT PARCEL 4 is "Signal Dynamics 2700 Rose Ave, Signal hill Unit A, CA 90755."  The recipient address listed for SUBJECT PARCEL 4 is "Steve Le 21 E Chestnut St Apt 17A Chicago, IL 60611."

## **ATTACHMENT B**

ITEMS TO BE SEIZED

The following items are to be seized from the parcels described in Attachment A, which constitute evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance):

    a.    Any controlled substances;

    b.    Currency, money orders, bank checks, or similar monetary instruments in quantities over $1,000; and

    c.    Parcel wrappings used to conceal items described in (a) and/or (b).

**<u>AFFIDAVIT</u>**

I, Wilford Claiborne, being duly sworn, declare and state as follows:

## I.  <u>PURPOSE OF AFFIDAVIT</u>

1.    This affidavit is made in support of an application for a warrant to search four United States Postal Service ("USPS") Express Mail parcels currently in the custody of the United States Postal Inspection Service ("USPIS"), as described more fully in Attachment A ("SUBJECT PARCEL 1" through "SUBJECT PARCEL 4," and, collectively, the "SUBJECT PARCELS").  The requested search warrant seeks authorization to seize evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails, to facilitate the distribution of a controlled substance) (the "Subject Offenses"), as described more fully in Attachment B. Attachments A and B are incorporated by reference herein.

2.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all

conversations and statements described in this affidavit are related in substance and in part only.

## II. **INTRODUCTION**

3.    I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS"), Los Angeles Division, and have been so employed since August 2013.  From August 2013 until November 2017, I was assigned to the Los Angeles Mail Theft Team.  I am currently assigned to the Prohibited Mailing and Illegal Narcotics Team.  I have completed a twelve-week Postal Inspector Basic Training course, which included training in the investigation of drug distribution via the United States mail.  I have conducted numerous investigations into drug distribution and money laundering involving the United States mail.  I am familiar with the ways in which drug distributors use the mail system to transport drugs and drug proceeds.

4.    I have completed thousands of hours of criminal investigations, including compiling information; interviewing victims, witnesses, and suspects; and collecting evidence to support criminal complaints.  I have worked with other experienced state and federal law enforcement officers and supervisors and have gained knowledge and experience from them. My work has involved preparing and assisting in the drafting and service of numerous search warrants.  I have testified in federal court and state superior court concerning both misdemeanor and felony offenses.  I received training in the investigation of drug trafficking activities that use USPS mail.

As part of my law enforcement duties, I have conducted and assisted several parcel investigations that have resulted in the arrest of individuals who have received and distributed illegal drugs, as well as the seizure of illegal drugs and drug-sale proceeds.

### III. __PARCELS TO BE SEARCHED__

5.   On August 19, 2021, during routine parcel profiling at the USPS Los Angeles International Service Center, the SUBJECT PARCELS were deemed suspicious.  I, along with other Postal Inspectors, identified the SUBJECT PARCELS for additional investigation because the SUBJECT PARCELS met certain criteria common to packages containing contraband.  Specifically, the SUBJECT PARCELS were USPS Express Mail boxes without business account numbers, and most all of the names of the senders and recipients did not appear in law enforcement databases as associated with the listed addresses.

6.   On August 20, 2021, based on the suspicious characteristics of the SUBJECT PARCELS, Los Angeles Police Department Officer Dolores Suviate ("Officer Suviate") had her trained narcotics detection dog, "Smithy," examine the exterior of the SUBJECT PARCELS.  I learned from Officer Suviate that Smithy gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

## IV. <u>STATEMENT OF PROBABLE CAUSE</u>

**A.    Background**

7.    Based on my training and experience as a Postal Inspector, and the experiences related to me by fellow Postal Inspectors who specialize in drug investigations, I know the following:

a.    Postal Inspectors have been conducting investigations of drug trafficking via USPS Express Mail and Priority Mail since the mid-1980s.  In the early 1990s, Postal Inspectors in Los Angeles, California, began conducting organized interdictions of Priority Mail Express and Priority Mail parcels suspected of containing controlled substances and proceeds from the sale of controlled substances.  Postal Inspectors also regularly examined and investigated Priority Mail Express and Priority Mail parcels.  During the 1990s, Postal Inspectors observed that the trend was for drug traffickers to send controlled substances and proceeds from the sale of controlled substances, in the form of cash, using boxes.

b.    Although Postal Inspectors still see the use of boxes for controlled substances and cash, there has been a gradual change over the years toward the current trend of using smaller boxes, flat cardboard envelopes, and Tyvek envelopes, with proceeds from the sale of controlled substances converted to money orders.  By using money orders, drug traffickers are able to send large dollar amounts in compact form, using much smaller conveyances, which lend a sense of legitimacy to the parcel's appearance.

c.   Los Angeles is a significant source area for
controlled substances.  Controlled substances are frequently
transported from the Los Angeles area via the United States
Mail, and the proceeds from the sale of controlled substances
are frequently returned to Los Angeles area via the United
States Mail.  These proceeds are generally in the form of money
orders, bank checks, or similar monetary instruments in an
amount over $1,000.  Based on my training and experience, I know
that proceeds from the sale of controlled substances often
contain the odor of controlled substances because they have been
contaminated with or associated with the odor of one or more
controlled substances.

d.   Drug traffickers often use one of two USPS
services:  Priority Mail Express, which is the USPS
overnight/next day delivery mail product, or Priority Mail
Service, which is the USPS two-to-three-day delivery mail
product.  Drug traffickers use the Priority Mail Express
delivery service because of its speed, reliability, and the
ability to track the article's progress to the intended delivery
point.  Drug traffickers use the Priority Mail delivery service
because it allows drug traffickers more time for travel between
states if they decide to follow a shipment to its destination
for distribution.  Also, by adding delivery confirmation to a
Priority Mail parcel, drug traffickers have the ability to track
the article's progress to the intended delivery point, as if the
parcel had been mailed using the Priority Mail Express Service.

8.    Based on my training and experience, and the
collective experiences related to me by fellow Postal Inspectors
who specialize in investigations involving the mailing of
controlled substances and proceeds from the sale of controlled
substances, I know that the following indicia suggest that a
parcel may contain drugs or drug trafficking proceeds:

      a.    The parcel is contained in a box, flat cardboard
mailer, or Tyvek envelope;

      b.    The parcel bears a handwritten label, whether
USPS Express Mail or Priority Mail;

      c.    The handwritten label on the parcel does not
contain a business account number;

      d.    The seams of the parcel are all taped or glued
shut;

      e.    The parcel emits a particular odor of a cleaning
agent or adhesive or spray foam that can be detected by a human;
and

      f.    Multiple parcels are mailed by the same
individual, on the same day, from different locations.

9.    Parcels exhibiting some of these characteristics are
the subject of further investigation, which may include
verification of the addressee and return addresses and
examination by a trained drug detection dog.

10.   I know from my experience and training that drug
traffickers often use fictitious or incomplete names and/or
addresses in an effort to conceal their identities from law
enforcement officers investigating these types of cases.

Indeed, it is my experience that to the extent real addresses are ever used it is only to lend an appearance of legitimacy to the parcel and is almost always paired with a false name.

**B.   Initial Investigation of the SUBJECT PARCELS**

11.   On August 19, 2021, Postal Inspectors located the SUBJECT PARCELS at the Los Angeles International Service Center. In doing so, I and other Postal Inspectors saw that the SUBJECT PARCELS met some of the above-mentioned criteria for the identification of suspicious parcels.  Specifically, the SUBJECT PARCELS were all USPS Priority Mail Express boxes, they did not contain business account numbers, and they originated from the Los Angeles area, a major source of drugs trafficked via the US Mail.

12.   On or about August 19, 2021, I reviewed law enforcement database reports to check the return and recipient addresses listed on the SUBJECT PARCELS and determined the following:

a.   SUBJECT PARCEL 1 is a USPS Priority Express Mail parcel bearing tracking label number EJ635587693US, weighing approximately 8 pounds 6.4 ounces.  The return address for SUBJECT PARCEL 1 is "Helen Galaviz 1268 S fetterly AVE L.A. CA 90022."  The address is valid, and "Helen Galaviz" is associated to the address but is listed as deceased in the database CLEAR."  The recipient address listed for SUBJECT PARCEL 1 is "J. Hawkinson 12732 Cedar fall Drive Huntersville n.c. 28078."  The address is associated with the addressee "J. Hawkinson."

b.    SUBJECT PARCEL 2 is a USPS Priority Express Mail parcel bearing tracking label number EJ945670800US, weighing approximately 3 pounds 6.7 ounces.  The return address listed for SUBJECT PARCEL 2 is "Cody Paul 117 N Serrano Ave Los Angeles, CA 90004."  The address is valid but was not associated to "Cody Paul."  The recipient address for SUBJECT PARCEL 2 is "John Allen 2457 Tattersall Dr Harvey, LA 70058."  The address is valid, but it was not associated with "John Allen."

c.    SUBJECT PARCEL 3 is a USPS Priority Express Mail parcel bearing tracking label number EJ667421117US, weighing approximately 6 pounds 5 ounces.  The return address for SUBJECT PARCEL 3 is "Cedric Grisby 4664 W 3rd st Los Angeles, CA 90020 United States."  The address is a valid commercial business address, but it was not associated with "Cedric Grisby."  The recipient address listed for SUBJECT PARCEL 3 is "Mark Jones 2002 Monte Carlo lane Killeen, TX APT #B 76543."  The address is valid, but it is not associated to "Mark Jones."

d.    SUBJECT PARCEL 4 is a USPS Priority Express Mail parcel bearing tracking label number EK951363220US, weighing approximately 4 pounds 10 ounces.  The return address for SUBJECT PARCEL 4 is "Signal Dynamics 2700 Rose Ave, Signal hill Unit A, CA 90755."  The address is a valid business address located in Signal Hill, CA but SUBJECT PARCEL 4 was mailed from a post office approximately 22 miles away in downtown Los Angeles, CA.  The recipient address listed for SUBJECT PARCEL 4 is "Steve Le 21 E Chestnut St Apt 17A Chicago, IL 60611."  The address is valid, but it is not associated to "Steve Le."

C.    **Drug-Detection Dog Alerts to the SUBJECT PARCELS**

13.   On August 20, 2021, based on the suspicious characteristics of the SUBJECT PARCELS, Los Angeles Police Department Officer Suviate had her trained narcotics detection dog, "Smithy," examine the exterior of the SUBJECT PARCELS. Attached hereto as Exhibit 1, and incorporated herein by reference, is a true and correct copy of information provided to me by Officer Suviate regarding Smithy's training and history in detecting controlled substances.

14.   The SUBJECT PARCELS were placed in an area by Officer Suviate to perform a K-9 sniff with her dog Smithy.  I learned from Officer Suviate that Smithy gave a positive alert to each of the SUBJECT PARCELS separately, indicating the presence of controlled substances or other items, such as the proceeds of controlled substances, which have been recently contaminated with the odor of controlled substances.

**V.  CONCLUSION**

15.   For the reasons set forth above, there is probable cause to believe that the SUBJECT PARCELS, as described in Attachment A, contain evidence, fruits, and instrumentalities of violations of Title 21, United States Code, Sections 841(a)(1) (distribution and possession with intent to distribute a controlled substance); 846 (conspiracy to distribute or possess with intent to distribute a controlled substance); and 843(b) (unlawful use of a communication facility, including the mails,

to facilitate the distribution of a controlled substance), as

described in Attachment B.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this _____ day of
_____, 2021.


_____
HONORABLE PEDRO V. CASTILLO
UNITED STATES MAGISTRATE JUDGE

# EXHIBIT 1

1    Your Affiant, Officer Dolores Suviate, Serial #35376, has been employed by the Los Angeles

2    Police Department since June of 1999.  Your Affiant has received formal training in the area of

3    narcotics and dangerous drugs at the Los Angeles Police Academy.  This training concentrated

4    on identifying methods of narcotics manufacturing, packaging, sales and use as well as the

5    appearance and effects of narcotics and dangerous drugs. Your Affiant has attended numerous

6    classes, seminars, training lectures and on the job training in the field of narcotics given by

7    other narcotic experts.  In July of 2000, your Affiant was assigned to the Juvenile Narcotics

8    School Buy Program.  During this time, your Affiant purchased marijuana and ecstasy in an

9    undercover capacity.  In 2001 your Affiant was assigned to the Juvenile Complaint Detail.  In an

10   undercover capacity, your Affiant purchased marijuana from the residences of several narcotic

11   dealers.  In 2002, your Affiant worked patrol at Central Division.  At this division, your Affiant

12   made numerous arrests for narcotic possession and sales. Your Affiant has been assigned to

13   Gang and Narcotics Division since October of 2003 and is currently assigned to the K-9 unit.

14    While assigned to the division, your Affiant worked the City-Wide Buy Team as an undercover

15   buy officer. For two years your Affiant, in an undercover capacity, purchased narcotics including

16   cocaine, heroin, methamphetamine and marijuana from narcotic street dealers.  In November

17   of 2003, your Affiant attended Narcotics School.  This was a five-day school consisting of various

18   topics including the identification and packaging of illegal substances.   Your affiant is an LAPD

19   narcotic expert and has testified in both Municipal and Superior Courts in and for the County of

20   Los Angeles, as an expert in the field of identification, packaging and sales of narcotics.

21    In May of 2015, your Affiant was assigned to the K-9 unit.  On June 1, 2015, your Affiant

22   assumed the responsibility of training and handling a narcotics detection dog named "Smithy"

23   K9-250.  "Smithy" was first certified on January 14, 2013, and placed into service on January 15,

24   2013. "Smithy" alerts upon detecting the odor of the drugs marijuana, cocaine, heroin, and

25   methamphetamine.  His alerts consist of both physical and behavioral reactions which

26   include a heightened emotional state in which he focuses on the source of the odor.  "Smithy"

27   becomes very possessive of the area in which he detects the narcotic odors for which he is

28   trained.  "Smithy" will positively alert his handler to the scent of heroin, cocaine, marijuana and

29   methamphetamine. The Los Angeles Police Department and the National Police Canine

30   Association have certified "Smithy" and your Affiant as a team for use on July 8, 2015,

31   January 4, 2016, January 9, 2017, January 9, 2018, January 8, 2019, May 27, 2020, and

32   November 19, 2020.  They were also certified with the California Narcotic Canine Association.  On

33   November 18, 2018, and September 23, 2019.  "Smithy" has received over (1056) hours of

34   training, during which time he has successfully found over (3803) training aids, which consists

35   of actual narcotics. Smithy has been successfully used in over (820) cases in which controlled

36   substances have been found. Smithy is responsible for the seizure of over (213 LBS.) of cocaine,

37   (32 LBS.) of heroin, (793 LBS.) of marijuana and (574 LBS.) of methamphetamine.

38

39        On August 20, 2021, at 6:45 AM, your Affiant responded to a request for a narcotic detection

40   K9 at 1055 N. Vignes Street, Los Angeles, CA 90012.  Smithy alerted to the presence of scent of

41   narcotics on or in:

42

43   Outbound U.S. Parcel

44   EJ 635 587 693 US,

45   EK 951 363 220 US,

46   EJ 667 421 117 US,

47   9405 5092 0556 8451 7707 43,

48   9405 5092 0556 8450 9963 35,

49   9505 5148 7023 1231 7930 96

50   EJ 945 670 800 US,

51   9505 5163 3696 1231 6452 59 and

52   9505 5163 3696 1231 6452 66

53   I declare under penalty of perjury that the above information is true and correct.  Executed at

54   8:58 AM on the 20th of August in Los Angeles County.

55

56

57

58

59

60

61

62

63

64

65

66

67

68

69

70

71

72

Officer Dolores Suviate #35376